21677

Dale Eugene BARBEE, Appellant, v. Cynthia W. POSTON and Heather Virginia Poston, Respondents.
(289 S. E. (2d) 649)

*Thomas A. Givens,* of McKinney & Harrelson, Rock Hill, *for appellant.*

*Larry F. Grant,* of Mack, Mack & Freeman, Fort Mill, *for respondents.*

March 22, 1982.

*Per Curiam:*

Plaintiff-appellant, claiming to be the father, brought this action to establish parental rights to an illegitimate child. His complaint was dismissed as stating no cause of action entitling him to relief; and he has appealed on the following sole exception:

The lower court erred in finding for the respondent upon the respondent's motion to dismiss.

The foregoing exception fails to comply with Supreme Court Rule 4(6), *Williams v. Regula,* 266 S. C. 228, 222 S. E. (2d) 7, and is so deficient as to present no issue for review. The appeal is accordingly dismissed.